

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2014

No. 04-13-00898-CV

**SAN ANTONIO WATER SYSTEM**,
Appellant

v.

Beatriz **SMITH**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 383935
Honorable Irene Rios, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order of December 5, 2013, denying appellant's plea to the jurisdiction. Appellant timely filed its notice of appeal on December 20, 2013. The clerk's record was due December 30, 2013, but was not filed. On January 8, 2014, the county clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We **order** appellant San Antonio Water System ("SAWS") to provide written proof to this court on or before **January 20, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court